# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 15, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160284(28)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MICHAEL ALLEN STEAD,
      Defendant-Appellant.

_____/

SC: 160284
COA: 346488
Roscommon CC: 17-007903-FC

On order of the Chief Justice, the third motion of defense counsel David Lewarchik to extend the time for filing the Court-ordered supplemental brief is GRANTED. The brief will be accepted as timely filed if submitted on or before July 27, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 15, 2020



Clerk